UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Jose Luis VENEGAS-Gonzalez,**<br><br>Defendant | Magistrate Docket No.<br><br>**'08 MJ 0906**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **March 21, 2008** within the Southern District of California, defendant, **Jose Luis VENEGAS-Gonzalez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **24th** DAY OF **MARCH 2008**

William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose Luis VENEGAS-Gonzalez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On March 21, 2008, Border Patrol Agent T. Gadea was performing line watch duties near Tecate, California. At approximately 11:00 a.m., Agent Gadea responded to an activation of a seismic intrusion device approximately five miles east and 12 miles north of the Tecate, California Port of Entry.

Agent Gadea arrived to the device's location and observed 14 individuals attempting to run into a canyon. Agent Gadea searched the area and encountered 14 individuals hiding in the brush. Agent Gadea identified himself as a United States Border Patrol Agent and questioned the individuals, including one later identified as the defendant **Jose Luis VENEGAS-Gonzalez**, as to their citizenship. The defendant stated that he was a citizen and national of Mexico without any immigration documents that would allow him to enter, be, or reside in the United States lawfully. Agent Gadea placed the defendant under arrest and transported him to the Tecate, California Processing Center.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on April 18, 2007 through Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

**Executed on March 23, 2008 at 9:00 a.m.**

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **March 21, 2008**, in violation of Title 8, United States Code, Section 1326.

_____          3/23/08 , 0954 hrs
William McCurine, Jr                      Date/Time
United States Magistrate Judge